

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00527-CV

Anna Maria Salinas **SAENZ**, et al.,
Appellants

v.

**THORP PETROLEUM CORP.**, et al.,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-04-120
The Honorable Ana Lisa Garza, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the portion of the trial court's judgment ordering the appellants who are the heirs of Juana Salinas take nothing as to their title related claims and claims for attorney's fees relating thereto is REVERSED, and those claims are REMANDED to the trial court for further proceedings. The trial court's judgment as to the remainder of the appellants' claims is AFFIRMED. Costs of the appeal are taxed against the parties who incurred them.

SIGNED July 15, 2015.

_____
Jason Pulliam, Justice

---

[1] The Honorable Alex Gabert signed various orders granting summary judgment. The Honorable Ana Lisa Garza signed a final judgment incorporating the prior orders and disposing of all remaining non-severed claims.